**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DENECE THOMAS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMS King (Ohio), LLC; TOMS King (Ohio II), LLC; TOMS King Services, LLC; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01419<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Denece Thomas, individually and on behalf of all others similarly situated, Plaintiff in the above named case, appeals to the United States Court of Appeals for the Sixth Circuit from the "Opinion and Order" of dismissal ("Order") entered on August 26, 2020 (Doc. No. 19).  In appealing from the Order, Plaintiff appeals from any and all other orders and judgments antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, and upon which the Order is based.

Dated: September 15, 2020

*/s/ Chant Yedalian*
Chant Yedalian (admitted *pro hac vice*)
Chant & Company
A Professional Law Corporation
1010 North Central Avenue
Glendale, CA 91202
Telephone: 877.574.7100
Facsimile: 877.574.9411
Email: chant@chant.mobi

Brian K. Herrington (admitted *pro hac vice*)
Chhabra Gibbs & Herrington PLLC
120 North Congress Street, Suite 200
Jackson, MS 39021
Telephone: 601.326.0820
Facsimile: 601.948.8010
Email: bherrington@nationalclasslawyers.com

John T. Murray (Ohio #0008793)
Leslie Murray
Leslie Murray Law
316 E. Water St.
Sandusky, OH 44870
Telephone: 419.656.2042
Facsimile: 419.502.0290
Email: john@lesliemurraylaw.com

*Attorneys for Plaintiff Denece Thomas*