UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-3977

_____

Filed: June 02, 2021

DENECE THOMAS, on behalf of herself and all others similarly situated

    Plaintiff - Appellant                          1:19cv1419 - CAB

v.

TOMS KING (OHIO), LLC; TOMS KING (OHIO II), LLC; TOMS KING SERVICES, LLC; DOES, 1-10, inclusive

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/11/2021 the mandate for this case hereby issues today.  Affirmed

COSTS: None